IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALEXANDER PATTERSON                                                                                    PLAINTIFF

      VS.                                    Civil No. 2:14-cv-02256

CAROLYN W. COLVIN                                                                                      DEFENDANT
Acting Commissioner, Social Security Administration

## JUDGMENT

      For reasons stated in the Memorandum Opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.**

      IT IS SO ORDERED AND ADJUDGED this 2nd day of March, 2016.

      /s/ Mark E. Ford
      HONORABLE MARK. E. FORD
      UNITED STATES MAGISTRATE JUDGE